T.C. Memo. 1995-461

UNITED STATES TAX COURT

LOUIS G. WITTIG, Petitioner v.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 673-94.          Filed September 27, 1995.

This opinion was withdrawn by Order dated November 9, 1995.